# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : |
| | : Chapter 7 |
| **CALNSHIRE ESTATES, LLC** | : |
| Debtor. | : Case No. **17-14457-ELF** |
| | : |
| | : |
| | : |

## NOTICE OF SERVICE OF SUBPOENA TO TESTIFY AT
## A DEPOSITION IN A BANKRUPTCY CASE

PLEASE TAKE NOTICE that pursuant Federal Rule of Bankruptcy Procedure 9016 and Federal Rule of Civil Procedure 45, Renato J. Gualtieri, will be served with the attached Subpoena to Testify at a Deposition in a Bankruptcy Case and is commanded to produce documents on March 15, 2019 at the law offices of Obermayer Rebmann Maxwell & Hippel, LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA  19102.

Date:   March 7, 2019          By: /s/ Edmond M. George
                                   Edmond M. George, Esquire
                                   OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                   Centre Square West
                                   1500 Market Street, Suite 3400
                                   Philadelphia, PA  19102
                                   Telephone - (215) 665-3140
                                   *Counsel to the Prudential Savings Bank*

4836-6543-2457