**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                              : CHAPTER 7

**CALNSHIRE ESTATES, LLC,**
         **DEBTOR**                                       : BANKRUPTCY NO. 17-14457 ELF

**STATUS REPORT OF TRUSTEE DATED *APRIL 15, 2021***

Chapter 7 Trustee Bonnie Finkel hereby reports the following as requested:

1. On June 30, 2017, the above-captioned Debtor filed a Chapter 11 Voluntary Petition, and on December 18, 2017 the case was converted to a Chapter 7 per Court Order.

2. On December 20, 2017, Bonnie B. Finkel was appointed as the Interim Trustee and is so acting.

3. On or about June 28, 2019, the Trustee filed an Adversary action, Case No. 19-00138, against Prudential Bank.

4. On January 13, 2021, this Court approved a Settlement Agreement with Prudential Bank in the amount of $40,000.00.

5. Since that time, the Trustee received the settlement check in a timely manner and the Adversary case was terminated by the court on February 4, 2021.

6. The Trustee is now working with her general counsel and special counsel to prepare professional fee applications, which she estimates will be submitted to the Court by May 15, 2021. The Trustee is also working on an Application to Employ an accountant within the next 30 days to prepare tax returns.

7. There is one potential additional asset in this matter, which is a scheduled claim for $175,519.28 in the Island View Crossing II, L.P bankruptcy (herein "Island View"),

Case No. 17-14454 ELF, and which was also listed as a loan receivable in the original Calnshire Estates, LLC bankruptcy Petition.  The Trustee believes that she will not be able to file a Final Report in this case until she receives a distribution from this scheduled claim in the Island View Bankruptcy or until a disposition of the claim is determined beforehand.  Therefore, the Trustee estimates that a Trustee's Final Report may not be filed for at least one year, depending on timing of the Island View bankruptcy.

    Respectfully Submitted,

*/s/ Bonnie Finkel*

Bonnie Finkel, Chapter 7 Trustee